# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 11, 2020

Bridget M. McCormack,
Chief Justice

160457(48)

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* T.J. DIEHL, Minor.
_____

PEOPLE OF THE STATE OF MICHIGAN,
        Petitioner-Appellant,

v

SC: 160457
COA: 345672
Oakland CC Family Div:
    2017-855352-DL

T.J. DIEHL,
        Respondent-Appellee.
_____/

        On order of the Chief Justice, the motion of the Juvenile Justice Clinic at the University of Michigan to extend the time for filing a brief amicus curiae is GRANTED. The amicus brief will be accepted for filing if submitted on or before October 26, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2020



Clerk